## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JAMES M. ELBERT, III                                                    PETITIONER
Reg #55590-039

v.                                    Case No. 2:23-cv-00201-KGB

CHAD GARRETT, Warden,                                                  RESPONDENT
FCI-Forrest City

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). Plaintiff James M. Elbert, III has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). Elbert's petition for writ of *habeas corpus* is dismissed without prejudice for failure to prosecute (Dkt. No. 1).

It is so ordered this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge