## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JAMES M. ELBERT, III**                                                           **PETITIONER**
**Reg #55590-039**

**v.**                                  **Case No. 2:23-cv-00201-KGB**

**CHAD GARRETT, Warden,**                                                          **RESPONDENT**
**FCI-Forrest City**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner James M. Elbert, III's petition for writ of *habeas corpus* is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge